United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOR3D, | No. CV 02-03564 VRW |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL STARKS, | |
| Defendant. | |

Parties Joint Request for Determination of Ownership of U.S. Patent No. 6,108,005 on Submitted Papers filed in the above captioned case is **GRANTED** and the trial date currently set for June 27, 2005 at 8:30 a.m. has been <u>vacated</u>. The Court shall determine the ownership of the '005 Patent based on the evidence and briefs submitted to date and submission of supplemental papers proposed as follows:

    1. Supplemental declarations to be filed on June 23, 2005, and,

    2. Bench briefs to be filed on June 27, 2005.

**IT IS SO ORDERED**

Dated: June 20, 2005

                                                     Vaughn R Walker
                                                     UNITED STATES DISTRICT JUDGE