1  JOSEPH EHRLICH-#84359
   Losch & Ehrlich - Attorneys at Law
2  425 California Street, Suite 2025
   San Francisco CA 94104
3  Telephone:   (415) 956-8400
   Facsimile:   (415) 956-2150
4
   Attorneys for Plaintiff For3D and
5  Counterclaim Defendant Alan Shulman

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   FOR THE DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  FOR 3D, a California Corporation,      ) Case No. C 02-03564 VRW
                                           )
13             Plaintiff,                  ) **STIPULATION AND ORDER TO**
                                           ) **CONTINUE FILING DATE OF**
14      v.                                 ) **PROPOSED FORM OF JUDGMENT**
                                           )
15  MICHAEL STARKS, an individual,         )
    ARMAND ROUSSO, an individual, AND      )
16  TDV TECHNOLOGIES, CORP., a Delaware    ) The Honorable Judge Vaughn R. Walker
    Corporation, a Delaware corporation, and)
17  DOES 1-10,                             )
                                           )
18             Defendants.                 )
                                           )
19  _____)
                                           )
20  ARMAND ROUSSO, an individual, and      )
    TDV TECHNOLOGIES, CORP., a Delaware    )
21  Corporation,                           )   SO ORDERED:
                                           )
22             Counterclaimants,           )
                                           )
23      v.                                 )
                                           )
24  ALAN SHULMAN,                          )
                                           )
25             Counterclaim Defendant      )
    _____)
26

27

28  ///

                                     1
       **STIPULATION AND ORDER TO CONTINUE FILING DATE, Case No. C 02-03564 VRW**

[Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California]

December 2, 2005

1 | Plaintiff For3D and Counterclaim Defendant Alan Shulman on the one side, and Defendants and Counterclaimants Armand Rousso and TDV Technologies, Corp., on the other side, hereby Stipulate and agree as follows:

WHEREAS, on October 27, 2005, the Court issued it's Findings of Fact/Conclusions of Law, and directed the parties to provide the Court with an appropriate form of Judgment by November 30, 2005;

WHEREAS, the parties have been engaged in settlement discussions to resolve the case, and, the parties have made significant progress towards a global resolution of the case; and

WHEREAS, in order to have additional time to effectuate a settlement/resolution of the case, the parties respectfully request a thirty (30) day extension to December 30, 2005 in which to provide the Court with an appropriate form of Judgment.

STIPULATED AND AGREED TO:

RENNER, OTTO, BOISSELLE & SKYLAR LLP

By: _____
Todd R. Tucker
Attorneys for defendants/Counterclaimants
Armand Russo and TDV

LOSCH & EHRLICH

By: _____
Joseph Ehrlich
Attorneys for Plaintiff For3D
and Counterclaim Defendant
Alan Shulman

SO ORDERED:

_____
Vaughn R. Walker
USDC Presiding Judge