JOSEPH EHRLICH-#84359
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone: (415) 956-8400
Facsimile: (415) 956-2150

Attorneys for Plaintiff For3D and
Counterclaim Defendant Alan Shulman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOR 3D, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL STARKS, an individual, ARMAND ROUSSO, an individual, AND TDV TECHNOLOGIES, CORP., a Delaware Corporation, a Delaware corporation, and DOES 1-10,<br><br>    Defendants.<br><br>ARMAND ROUSSO, an individual, and TDV TECHNOLOGIES, CORP., a Delaware Corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>ALAN SHULMAN,<br><br>    Counterclaim Defendant | Case No. C 02-03564 VRW<br><br>**STIPULATION AND ORDER TO CONTINUE FILING DATE OF PROPOSED FORM OF JUDGMENT**<br><br>The Honorable Judge Vaughn R. Walker |

///

1

**STIPULATION AND ORDER TO CONTINUE FILING DATE, Case No. C 02-03564 VRW**

Plaintiff For3D and Counterclaim Defendant Alan Shulman on the one side, and Defendants and Counterclaimants Armand Rousso and TDV Technologies, Corp., on the other side, hereby Stipulate and agree as follows:

WHEREAS, on October 27, 2005, the Court issued it's Findings of Fact/Conclusions of Law, and directed the parties to provide the Court with an appropriate form of Judgment by November 30, 2005;

WHEREAS, the parties have been engaged in settlement discussions to resolve the case, and, the parties have made significant progress towards a global resolution of the case; and

WHEREAS, in order to have additional time to effectuate a settlement/resolution of the case, the parties previously respectfully requested a thirty (30) day extension to December 30, 2005 in which to provide the Court with an appropriate form of Judgment, which request the Court agreed to and Ordered; and

WHEREAS, the parties have diligently been discussing the terms of a global resolution of the case; and

WHEREAS, the parties need an additional approximately thirty two (32) day extension to January 31, 2006 in which to provide the Court an appropriate form of Judgment or a Stipulation re Settlement and Dismissal.

STIPULATED AND AGREED TO:

RENNER, OTTO, BOISSELLE & SKYLAR LLP

By: /s/ Todd R. Tucker
Todd R. Tucker
Attorneys for defendants/Counterclaimants
Armand Russo and TDV

LOSCH & EHRLICH

By: /s/ Joseph Ehrlich
Joseph Ehrlich
Attorneys for Plaintiff For3D
and Counterclaim Defendant
Alan Shulman

SO ORDERED:

Vaughn R Walker
USDC J
Judge Vaughn R Walker

January 6, 2006

2

STIPULATION AND ORDER TO CONTINUE FILING DATE, Case No. C 02-03564 VRW