IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOR3D,                                          No   C-02-3564 VRW

    Plaintiff,                              ORDER

    v

MICHAEL STARKS et al,

    Defendants.
_____/

The court has signed the parties' proposed order continuing until April 1, 2006, the deadline for the parties to submit an appropriate form of judgment.  Given that this is the third extension that the court has granted, if the parties are still unable to agree on a form of judgment, they are instructed to appear before the court for a case management conference on April 4, 2006, at 9:00 AM.


IT IS SO ORDERED.

/s/ Vaughn R Walker
_____
VAUGHN R WALKER
United States District Chief Judge