JOSEPH EHRLICH-#84359
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:   (415) 956-8400
Facsimile:   (415) 956-2150

Attorneys for Plaintiff For3D and
Counterclaim Defendant Alan Shulman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOR 3D, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL STARKS, an individual, ARMAND ROUSSO, an individual, AND TDV TECHNOLOGIES, CORP., a Delaware Corporation, a Delaware corporation, and DOES 1-10,<br><br>Defendants.<br><br>_____<br><br>ARMAND ROUSSO, an individual, and TDV TECHNOLOGIES, CORP., a Delaware Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ALAN SHULMAN,<br><br>Counterclaim Defendant | Case No. C 02-03564 VRW<br><br>**STIPULATION AND ORDER TO CONTINUE FILING DATE OF PROPOSED FORM OF JUDGMENT**<br><br>The Honorable Judge Vaughn R. Walker |

///

1

1    Plaintiff For3D and Counterclaim Defendant Alan Shulman on the one side, and
2 Defendants and Counterclaimants Armand Rousso and TDV Technologies, Corp., on the
3 other side, hereby Stipulate and agree as follows:
4    WHEREAS, on October 27, 2005, the Court issued it's Findings of Fact/Conclusions
5 of Law, and directed the parties to provide the Court with an appropriate form of Judgment
6 by November 30, 2005;
7    WHEREAS, the parties have been engaged in settlement discussions to resolve the
8 case, and, the parties have made significant progress towards a global resolution of the case;
9 and
10   WHEREAS, in order to have additional time to effectuate a settlement/resolution of
11 the case, the parties previously respectfully requested a thirty (30) day extension to December
12 30, 2005 in which to provide the Court with an appropriate form of Judgment, which request
13 the Court agreed to and Ordered; and
14   WHEREAS, in order to have additional time to effectuate a settlement/resolution of
15 the case, the parties previously respectfully requested a thirty (30) day extension to January
16 31, 2006 in which to provide the Court with an appropriate form of Judgment, which request
17 the Court agreed to and Ordered; and
18   WHEREAS, the parties are still diligently negotiating the terms of a global resolution
19 of the case; and
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**STIPULATION AND ORDER TO CONTINUE FILING DATE, Case No. C 02-03564 VRW**

1  WHEREAS, the parties need an additional approximately six (60) day extension to
2  April 1, 2006 in which to provide the Court an appropriate form of Judgment or a Stipulation
3  re Settlement and Dismissal, the parties respectfully Stipulate and request that the Court grant
4  the parties the additional sixty (60) day extension in which to provide the Court with an
5  appropriate form of Judgment or a Stipulation re Settlement and Dismissal.

STIPULATED AND AGREED TO:

RENNER, OTTO, BOISSELLE & SKYLAR LLP

By: /s/ Todd R. Tucker
Todd R. Tucker
Attorneys for defendants/Counterclaimants
Armand Russo and TDV

LOSCH & EHRLICH

By: /s/ Joseph Ehrlich
Joseph Ehrlich
Attorneys for Plaintiff For3D
and Counterclaim Defendant
Alan Shulman

SO ORDERED:



Vaughn R. Walker
USDC Presiding Judge

Dated: February 9, 2006